DAVID R. JOHNSON
djohnson@wthf.com
Nevada Bar No. 006696
JARED M. SECHRIST
jsechris@wthf.com
Nevada Bar No. 10439
WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.
6325 South Rainbow Blvd, Suite 110
Las Vegas, NV  89118
Telephone:	702-789-3100
Facsimile:	702-822-2650

Attorneys for Defendant
Cincinnati Insurance Company

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| VT CONSTRUCTION, INC., a Nevada Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>H2J ENVIRONMENTAL, LLC, a Utah limited liability company; THE CINCINNATI INSURANCE COMPANY, an Ohio corporation; and DOES I through X, inclusive;<br><br>Defendants. | CASE NO.: 2:13-cv-00907-GMN-GWF<br><br>**JOINT PROPOSED MOTION TO STAY ALL PROCEEDINGS** |

COMES NOW the parties, the Cincinnati Insurance Company ("CIC") and VT Construction, Inc. ("VT") by and through their respective counsel of record, hereby jointly request the Court Stay all Proceedings Pursuant to Federal Rule of Civil Procedure 26(c) and the Court's inherent authority and states as follows:

1.	VT Construction, Inc. ("VT") filed its Complaint on May 22, 2013, for breach of contract relating to H2J Environmental, LLC's ("H2J") performance on construction of the Water Storage Reservoir at the Jerritt Canyon Mine (the "Project"). CIC issued two performance bonds (B-9113871 and B-9113870) naming VT as Obligee and H2J as principal on the Project.

2.	On June 26, 2013, CIC answered VT's Complaint.

3. CIC's counsel has contacted VT's counsel and VT does not object to CIC's request for a period of stay for ninety (90) days until the parties have completed mediation.

4. CIC has not filed this Motion for purposes of delay, but for purposes of judicial economy and to prevent extensive discovery should mediation fully satisfy all parties.

WHEREFORE, the parties The Cincinnati Insurance Company and VT Construction, Inc., respectfully requests the Court issue a stay order for this litigation for a period of ninety (90) days until mediation has been completed and for such other relief as the Court deems just and proper.

Dated: August 9, 2013

WATT, TIEDER, HOFFAR
  & FITZGERALD, L.L.P.

/s/ Jared M. Sechrist
_____
DAVID R. JOHNSON
djohnson@wthf.com
Nevada Bar No. 006696
JARED M. SECHRIST
jsechris@wthf.com
Nevada Bar No. 10439
6325 South Rainbow Blvd, Suite 110
Las Vegas, Nevada  89118

Attorneys for Defendant
Cincinnati Insurance Company

Dated:  August 9, 2013

/s/ Dale B. Rycraft, Jr.
_____
DALE B. RYCRAFT, JR., ESQ.
drycraft@rycraftinjurylaw.com
11500 South Eastern Avenue, Ste. 210
Henderson, Nevada 89052

Attorneys for Plaintiff

**IT IS SO ORDERED** this 12 day of August, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge