1

2

3

4

5

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

6  V.T. CONSTRUCTION, INC., a
Nevada corporation,

7                                                    3:14-cv-00128-HDM-WGC
            Plaintiff,

8                                                    ORDER
        vs.

9
H2J ENVIRONMENTAL, LLC, *et*

10 *al.*,

11          Defendants.
   _____/

12

13      The undersigned Judge having determined that recusal is

14 warranted, IT IS ORDERED that the undersigned Judge recuses himself

15 from this action.

16      IT IS FURTHER ORDERED that this matter be referred to Chief

17 Judge Gloria M. Navarro for reassignment.

18      Dated this 11th day of March, 2014.

19

20                                  _Howard D McKibben_
                                    _____
21                                  UNITED STATES DISTRICT JUDGE

22

23

24

25

26